# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc #  _____
Date Filed: 9/10/20
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

            Plaintiff            **SCHEDULING ORDER**

   -against-                        7:20-cr-446-UA

Rolando Garcia, et al
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled an Arraignment on Indictment of Rolando Garcia and Kayla Taylor for 9/14/2020, 2020 at 11:00 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: September 10, 2020
        White Plains, New York

                                                  SO ORDERED:

                                                  s/      PED

                                                  PAUL E. DAVISON
                                                United States Magistrate Judge