**MEMO ENDORSED**

# PARKER AND CARMODY, LLP
### ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DanielParker@aol.com

January 12, 2021

**BY ECF**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Rolando Garcia</u>
20 Cr 446 (NSR) -01

Dear Judge Roman:

<u>I write asking that you schedule a conference in the near future because Mr. Garcia is requesting a new attorney.</u>

It appears that there has developed a rift between client and counsel such that Mr. Garcia no longer wishes for me to represent him. Without disclosing attorney/client conversations, Mr. Garcia believes that he would benefit from a new attorney.

I am available at the Court's convenience.

Thank you for your attention to, and consideration in, this matter.

Respectfully submitted,

Daniel S. Parker
Parker and Carmody, LLP
850 Third Avenue
14th Floor
New York, NY 10022
Cell: 917-670-7622

Cc: R. Garcia

At Deft's request, an Attorney Appointment Hearing is scheduled for Jan. 26, 2021 at 3:00 pm or, alternatively, for Jan. 27, 2021 at 3:00 pm. Clerk of Court requested to terminate the motion (doc. 28). Dated: Jan. 15, 2021   SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2021