UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x

UNITED STATES OF AMERICA

    -against-

ROLANDO GARCIA,

               Defendant.
-----------------------------------------------x

**ORDER**

20 Cr. 446-01 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case __Daniel S. Parker__ is hereby ordered substituted
                                                     Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to CJ.A. attorney

__Jennifer Louis-Jeune__.
      Attorney's Name

SO ORDERED.

_/s/ Nelson S. Román_
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
         January 26, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2021