UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

|  |  |
|---|---|
| USA, | **RESCHEDULING ORDER** |
| - against - | 20 CR 446 (NSR) |
| ROLANDO GARCIA and KAYLA TAYLOR, | |
| Defendant(s). | |

--------------------------------------------------------x

NELSON S. ROMÁN, D.J.:

    Due to an extension of the briefing schedule, the telephonic Status Conference scheduled for July 30, 2021 or, alternatively July 29, 2021 is hereby

    ORDERED **rescheduled, with the parties' consent, until September 21, 2021 at 3:00 pm or, alternatively, September 22, 2021 at 3:00 pm.**

    In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest**.

Dated:     White Plains, New York
               July 28, 2021

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2021